683 A.2d 631

**Lance HAVER, Individually and as chairman of the Consumer Party of Pennsylvania and Consumer Party of Pennsylvania, Appellants,**

v.

**Catherine Baker KNOLL, Individually and as State Treasurer, Appellee.**

Supreme Court of Pennsylvania.

Oct. 30, 1996.

158

### ORDER

·PER CURIAM.

AND NOW, this 30th day of October, 1996, it is hereby ordered that the order of the Commonwealth Court is hereby AFFIRMED.

NEWMAN, J., did not participate in the consideration or decision of this case.